| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| **RAS Citron, LLC** <br> 130 Clinton Road, Suite 202 <br> Fairfield, NJ 07004 <br> Telephone Number 973-575-0707 <br> Attorneys For Secured Creditor <br><br> Laura Egerman, Esq. (LE-2000) | CASE NO.: 18-10294-JNP <br><br> CHAPTER 13 <br><br><br> **Objection to Confirmation of Debtor's Chapter 13 Plan** |
| **In Re:** <br><br> **Raymond F. Dougherty,** <br><br>     Debtor. | |

# OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN

DITECH FINANCIAL LLC ("Secured Creditor"), by and through its undersigned counsel, objects to confirmation of Debtor's Chapter 13 Plan (DE # 11), and states as follows:

1. Debtor, Raymond F. Dougherty, ("Debtor"), filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code on January 7, 2018.

2. Secured Creditor holds a security interest in the Debtor's real property located at 1121 COOPER STREET, DEPTFORD, NJ 08096, by virtue of a Mortgage recorded on April 27, 2007 in the Public Records of Gloucester County, NJ.  Said Mortgage secures a Note in the amount of $142,000.00.

3. The Debtor filed a Chapter 13 plan on January 16, 2018.

4. The Plan includes payments toward the Note and Mortgage with Secured Creditor, however the figures used by the Debtor are inaccurate and do not conform to Secured Creditor's timely-filed Proof of Claim.  The correct pre-petition arrearage due Secured Creditor is $24,461.65, whereas the Plan do not propose to pay any arrearage.  Therefore, the Plan is not in compliance with the requirements of 11 U.S.C. §§ 1322(b)(3) and 1325(a)(5) and cannot be confirmed.  Secured Creditor objects to any plan which

proposes to pay it anything less than $24,461.65 as the pre-petition arrearage over the life of the plan.

5. Debtor is obligated to fund a Plan which is feasible to cure the arrears due to the objecting creditor within a reasonable time pursuant to 11 U.S.C § 1322(b)(5). Therefore, in the event that any loss mitigation efforts are not successful, the plan fails to satisfy the confirmation requirements of 11 U.S.C § 1325(a)(1).

6. Based on Debtor's Schedules, the Plan does not appear feasible due to the representation that sufficient disposable income is not available to support the proposed Plan payments. Thus, the plan violates the provisions of 11 U.S.C. § 1325(a)(6) and cannot be confirmed.

**WHEREFORE**, Secured Creditor respectfully requests this Court sustain the objections stated herein and deny confirmation of Debtor's Plan, and for such other and further relief as the Court may deem just and proper.

> RAS Citron, LLC
> Attorney for Secured Creditor
> 130 Clinton Road, Suite 202
> Fairfield, NJ 07004
> Telephone Number 973-575-0707
>
> By: /s/Laura Egerman
> Laura Egerman, Esquire
> NJ Bar Number  LE-2000
> Email: legerman@rasnj.com

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| **RAS Citron, LLC** <br> 130 Clinton Road, Suite 202 <br> Fairfield, NJ 07004 <br> Telephone Number 973-575-0707 <br> Attorneys For Secured Creditor <br><br> Laura Egerman, Esq. (LE-2000) | CASE NO.: 18-10294-JNP <br><br> CHAPTER 13 <br><br> **Objection to Confirmation of Debtor's Chapter 13 Plan** |
| **In Re:** <br><br> **Raymond F. Dougherty,** <br><br>     **Debtor.** | |

## CERTIFICATION OF SERVICE

1. I, Laura Egerman, represent DITECH FINANCIAL LLC in this matter.
2. On 2/20/2018, I caused a copy of the following pleadings and/or documents to be sent to the parties listed in the chart below.
3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

2/20/2018

        RAS Citron, LLC
        Attorney for Secured Creditor
        130 Clinton Road, Suite 202
        Fairfield, NJ 07004
        Telephone Number 973-575-0707

        By: /s/Laura Egerman
        Laura Egerman, Esquire
        NJ Bar Number LE-2000
        Email: legerman@rasnj.com

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Rex J. Roldan<br>Law Office of Rex J. Roldan, PC<br>Washington Professional Campus<br>900 Route 168, Suite I-4<br>Turnersville, NJ 08012 | Attorney for Debtor | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[x] Notice of Electronic Filing (NEF)<br>[ ] Other<br>_____<br>(as authorized by the court*) |
| Raymond F. Dougherty<br>1121 Cooper Street<br>Woodbury, NJ 08096 | Debtor | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[ ] Notice of Electronic Filing (NEF)<br>[ ] Other<br>_____<br>(as authorized by the court*) |
| Isabel C. Balboa<br>Cherry Tree Corporate Center  535 Route 38 - Suite 580<br>Cherry Hill, NJ 08002 | Trustee | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[x] Notice of Electronic Filing (NEF)<br>[ ] Other<br>_____<br>(as authorized by the court*) |
| US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | U.S. Trustee | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[x] Notice of Electronic Filing (NEF)<br>[ ] Other<br>_____<br>(as authorized by the court*) |