Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18–10294–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Raymond F. Dougherty
    1121 Cooper Street
    Woodbury, NJ 08096

Social Security No.:
    xxx–xx–1881

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 8/3/18.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: August 3, 2018
JAN: dac

                                                          Jeanne Naughton
                                                          Clerk

```
United States Bankruptcy Court
District of New Jersey

In re:                                                         Case No. 18-10294-JNP
Raymond F. Dougherty                                           Chapter 13
    Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-1         User: admin          Page 1 of 2            Date Rcvd: Aug 03, 2018
                             Form ID: 148         Total Noticed: 29


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 05, 2018.
db          +Raymond F. Dougherty,    1121 Cooper Street,    Woodbury, NJ 08096-3077
cr          +Ditech Financial LLC,    Robertson, Anschutz & Schneid, P.L.,    6409 Congress Ave.suite # 100,
              Boca Raton, FL 33487-2853
517264664   +Destination Hope, Inc.,    6555 NW 9th Avenue, #112,    Fort Lauderdale, FL 33309-2048
517264665    Ditech Financial LLC,    PO Box 6172,    Rapid City, MN 55709
517319794   +Ditech Financial,LLC,    Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue,,
              Suite 100,    Boca Raton, FL 33487-2853
517264667   ++FIRST SAVINGS BANK,    PO BOX 5096,    SIOUX FALLS SD 57117-5096
             (address filed with court:   First Savings Credit Card,     500 E 60st Street N,
              Sioux Falls, SD 57104)
517264666    First National Credit Card,    PO Box 5097,    Sioux Falls, SD 57117-5097
517293443   +Global Lending Services LLC,    1200 Brookfield Blvd Ste 300,
              Greenville, South Carolina 29607-6583
517264672    MedExpress Billing,    1751 Earl Core Road,    Morgantown, WV 26505-5891
517264673   +Merrick Bank,   PO Box 9211,    Old Bethpage, NY 11804-9011
517264674    Omnia Diagnostics, LLC LW,    PO Box 2183,    Hicksville, NY 11802-2183
517264675   +Sunrise Detoxification Center,    PO Box 2130,    Hicksville, NY 11802-2130
517264676   +Transworld Systems Inc,    300 Cedar Ridge Dr, Suite 307,    Pittsburgh, PA 15205-1159

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Aug 03 2018 21:55:12      U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 03 2018 21:55:10      United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
517264660    E-mail/Text: cms-bk@cms-collect.com Aug 03 2018 21:55:07      Capital Management Services, LP,
              698 1/2 South Ogden Street,    Buffalo, NY 14206-2317
517264661    EDI: CAPITALONE.COM Aug 04 2018 01:58:00      Capital One,    PO Box 30285,
              Salt Lake City, UT 84130-0285
517264662    EDI: TSYS2.COM Aug 04 2018 01:53:00      Card Services,    PO Box 8833,
              Wilmington, DE 19899-8833
517264663    EDI: RCSFNBMARIN.COM Aug 04 2018 01:58:00      CreditOne Bank,    PO Box 98873,
              Las Vegas, NV 89193-8873
517301590    E-mail/Text: bankruptcy.bnc@ditech.com Aug 03 2018 21:55:06
              Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
              Rapid City, South Dakota 57709-6154
517264668   +E-mail/Text: bankruptcy@fult.com Aug 03 2018 21:55:30      Fulton Bank of New Jersey,
              100 Park Ave,    Woodbury, NJ 08096-3513
517264669    EDI: GLS.COM Aug 04 2018 01:53:00      Global Lending Services, LLC,    PO Box 10437,
              Greenville, SC 29603
517264670    EDI: IRS.COM Aug 04 2018 01:58:00      Internal Revenue Service,    PO Box 7346,
              Philadelphia, PA 19101-7346
517264671    EDI: RESURGENT.COM Aug 04 2018 01:58:00      LVNV Funding, LLC,    PO Box 10497,
              Greenville, SC 29603-0497
517388124    EDI: RESURGENT.COM Aug 04 2018 01:58:00      LVNV Funding, LLC its successors and assigns as,
              assignee of Capital One Bank (USA), N.A.,    Resurgent Capital Services,    PO Box 10587,
              Greenville, SC 29603-0587
517386177    EDI: MERRICKBANK.COM Aug 04 2018 01:53:00      MERRICK BANK,    Resurgent Capital Services,
              PO Box 10368,    Greenville, SC 29603-0368
517339935    EDI: PRA.COM Aug 04 2018 01:53:00      Portfolio Recovery Associates, LLC,    c/o Barclaycard,
              POB 41067,    Norfolk VA 23541
517265453   +EDI: RMSC.COM Aug 04 2018 01:58:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
              PO Box 41021,    Norfolk, VA 23541-1021
517264677   +EDI: VERIZONCOMB.COM Aug 04 2018 01:58:00      Verizon,    500 Technology Dr Ste 550,
              Weldon Spring, MO 63304-2225
                                                                                              TOTAL: 16

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0312-1            User: admin                Page 2 of 2                  Date Rcvd: Aug 03, 2018
                                Form ID: 148               Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 05, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 3, 2018 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    Global Lending Services LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
          Laura M. Egerman    on behalf of Creditor    Ditech Financial LLC bkyecf@rasflaw.com,
           bkyecf@rasflaw.com;legerman@rasnj.com
          Rebecca Ann Solarz    on behalf of Creditor    Global Lending Services LLC rsolarz@kmllawgroup.com
          Rex J. Roldan    on behalf of Debtor Raymond F. Dougherty roldanlaw@comcast.net,
           r43760@notify.bestcase.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7
```